# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINETTE COLON, | : | **CIVIL ACTION NO.:** 19-1738 |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| | : | Honorable Jan E. DuBois |
| *Defendant.* | : | **JURY TRIAL DEMANDED** |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance as co-counsel for the Plaintiff in connection with the

above captioned matter.  Sidney L. Gold, Esquire will remain as counsel to the Plaintiff.


**SIDNEY L. GOLD & ASSOC., P.C.**

By:   /s/ Jamie L. Ford, Esquire
       JAMIE L. FORD, ESQUIRE
       Attorney I.D. NO: 320631
       1835 Market Street, Suite 515
       Philadelphia, PA 19103
       (215) 569-1999
       Attorney for Plaintiff


DATED:    April 26, 2019

-1-