**CERTIFICATE OF SERVICE**

      I, Anne E. Martinez, hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Eastern District of Pennsylvania, and that I served the same via electronic filing on May 15, 2019 upon all counsel of record.

                                                     */s/ Anne E. Martinez*
                                                     Anne E. Martinez