IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE COLON,<br><br>  Plaintiff,<br><br>  v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>  Defendant. | Civil Action No. 2:19-cv-01738-JD |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Educational Commission for Foreign Medical Graduates in the above-captioned matter.

Dated: May 15, 2019

Respectfully submitted,

*/s/ Sean R. Caulfield*
Sean R. Caulfield (Pa. ID No. 322461)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Phone:  215.963.5000
Fax:     215.963.5001
Email: sean.caulfield@morganlewis.com

*Attorney for Defendant*
*Educational Commission For Foreign*
*Medical Graduates*