**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANTOINETTE COLON,

        Plaintiff,

        v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

        Defendant.

Civil Action No. 2:19-cv-01738-JD

**DEFENDANT'S FED. R. CIV. P. 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG") makes the following disclosure: ECFMG has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 5, 2019

Respectfully submitted,

*/s/ Anne E. Martinez*
Anne E. Martinez (Pa. ID No. 201189)
Sean R. Caulfield (Pa. ID No. 322461)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Phone:  215.963.5000
Fax:     215.963.5001
Email: anne.martinez@morganlewis.com
        sean.caulfield@morganlewis.com

*Attorneys for Defendant*
*Educational Commission For Foreign*
*Medical Graduates*

## CERTIFICATE OF SERVICE

I, Anne E. Martinez, hereby certify that I caused a true and correct copy of the foregoing

*Defendant's Fed. R. Civ. P. 7.1(a) Corporate Disclosure Statement* to be filed and served on the

below counsel via the Court's ECF system on June 5, 2019:

Sidney L. Gold
Jamie L. Ford
Sidney L. Gold & Associates, PC
1835 Market Street, Suite 515
Philadelphia, PA  19103
sgold@discrimlaw.net
jford@discrimlaw.net

*Attorneys for Plaintiff*

/s/ Anne E. Martinez
Anne E. Martinez