CONFERENCE INFORMATION REPORT
FEDERAL RULE OF CIVIL PROCEDURE 16

CIVIL ACTION NO.

JURY TRIAL _____     NON-JURY TRIAL _____     ARBITRATION _____

SERVICE OF PROCESS MADE: _____

CAPTION:

TRIAL COUNSEL: _____

REPRESENTING: _____

LAW FIRM _____

ADDRESS _____

TELEPHONE _____

DISCOVERY: COMPLETED _____    _____
                      Yes        No

                IF NOT, WHEN? _____
                                  Date

SETTLEMENT:

    CONFERENCE BEFORE MAGISTRATE JUDGE REQUESTED _____    ____
                                                  Yes      No

    MEDIATION UNDER LOCAL CIVIL RULE 53.3 AND
    MEDIATION PROTOCOL REQUESTED _____   _____
                                  Yes     No

IF YES TO SETTLEMENT CONFERENCE OR MEDIATION, AFTER WHAT DATE? _____
                                                                 Date

    READY FOR TRIAL _____
                       Date
    TIME TO PRESENT FOR YOUR CASE _____
    TIME FOR ENTIRE TRIAL _____

SPECIAL COMMENTS

DATE _____       _____
                                 SIGNATURE OF COUNSEL

                                 _____
                                 TYPED OR PRINTED NAME

This form should be faxed to Chambers at 215-580-2141 or Hand Delivered to Chambers, Room 12613, United States Courthouse, Philadelphia, Pennsylvania, at least two (2) days before the scheduled Preliminary Pretrial Conference.