# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINETTE COLON, | : | **CIVIL ACTION NO.:** 19-1738 |
| *Plaintiff,* | : | |
| v. | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : | |
| *Defendant.* | : | |

| | | |
|---|---|---|
| ROBERT VOORHEES, | : | **CIVIL ACTION NO.:** 19-1761 |
| *Plaintiff,* | : | |
| v. | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : | |
| | : | Honorable Jan E. DuBois |
| *Defendant.* | : | **JURY TRIAL DEMANDED** |

## ORDER

**AND NOW** this ____ day of _____, 2019, it is hereby **ORDERED and DECREED** that upon consideration of the Joint Motion to Stay Proceedings, it is hereby **ORDERED** that the Motion is **GRANTED** and the matters are **STAYED** for sixty (60) days.

BY THE COURT:

_____
**Honorable Jan E. DuBois**

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINETTE COLON, | : | CIVIL ACTION NO.: 19-1738 |
| *Plaintiff,* | : | |
| v. | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : | |
| *Defendant.* | : | |

| | | |
|---|---|---|
| ROBERT VOORHEES, | : | CIVIL ACTION NO.: 19-1761 |
| *Plaintiff,* | : | |
| v. | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : | |
| | : | Honorable Jan E. DuBois |
| *Defendant.* | : | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs, Antoinette Colon and Robert Voorhees, and Defendant, Educational Commission for Foreign Medical Graduates, by and through their undersigned counsel, submit the following motion to stay proceedings. In support of this motion, the parties aver as follows:

1. Plaintiff Antoinette Colon ("Plaintiff Colon"), initiated the above action on April 22, 2019 and asserted claims against the Defendant under the Americans with Disabilities Act, 42 U.S.C. §12101, et seq. ("ADA"), the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §2601 et seq., and the Pennsylvania Human Relations Act ("PHRA"), 43 P.S. §951 et seq.

2. Plaintiff Robert Voorhees ("Plaintiff Voorhees"), initiated a related action on April 23, 2019 and asserted claims against the Defendant under the Americans with Disabilities

Act, 42 U.S.C. §12101, et seq. ("ADA"), the Age Discrimination in Employment Act, 29 U.S.C. §621 et seq. ("ADEA"), and the Pennsylvania Human Relations Act ("PHRA"), 43 P.S. §951 et seq.

3. On June 5, 2019, Defendant filed an Answer in response to Plaintiff Colon's Complaint and a Motion to Dismiss in response to Plaintiff Voorhees' Complaint.

4. On September 13, 2019, the Court held a Status Conference wherein the parties were advised that a Hearing on Defendant's pending Motion to Dismiss of Plaintiff Voorhees' Complaint would be necessary prior to the Court issuing a ruling.

5. On October 9, 2019, the Court contacted the parties to schedule a Hearing on Defendant's pending Motion to Dismiss of Plaintiff Voorhees' Complaint.

6. However, on October 7, 2019, counsel for Plaintiffs received a call from Plaintiff Voorhees' son, advising that Plaintiff Voorhees had experienced a medical emergency that resulted in his immediate hospitalization. Plaintiff's counsel was also informed that it was unknown when or if Plaintiff Voorhees would recover.

7. Upon learning this information, Plaintiffs' counsel advised the Court and counsel for Defendant.

8. As the above matters were filed as related actions, Plaintiff Voorhees' deposition testimony is necessary in both actions.

9. Therefore, the parties jointly request the above-referenced actions both be stayed for sixty (60) days and reassessed at that time.

10. This request is being made in good faith and not for purposes of undue delay.

**WHEREFORE**, the undersigned respectfully request that the proceedings be stayed for sixty (60) days and reassessed at that time.

-4-

| | |
|---|---|
| SIDNEY L. GOLD & ASSOC., P.C.<br><br>By: /s/ Jamie L. Ford<br>JAMIE L. FORD, ESQUIRE<br>1835 Market Street, Suite 515<br>Philadelphia, PA 19103<br>Attorneys for Plaintiffs | MORGAN, LEWIS & BOCKIUS, LLP<br><br>By: /s/ Anne E. Martinez<br>ANNE E. MARTINEZ, ESQUIRE<br>1701 Market Street<br>Philadelphia, PA 19103<br>Attorneys for Defendant |

Dated: October 16, 2019