IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE COLON,<br>          Plaintiff, | CIVIL ACTION |
| v. | |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>          Defendant. | NO. 19-1738 |
| ROBERT VOORHEES<br>          Plaintiff, | CIVIL ACTION |
| v. | |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>          Defendant. | NO. 19-1761 |

## O R D E R

**AND NOW**, this 17th day of December, 2019, these actions having been stayed for sixty (60) days, that is, until December 16, 2019, by reason of the hospitalization of plaintiff, Robert Voorhees,[1] and plaintiff's counsel having reported to the Court that plaintiff has recovered and that the cases may be removed from Civil Suspense,[2] **IT IS ORDERED** that the stay of proceedings imposed by Order dated October 16, 2019, is **VACATED**.

**IT IS FURTHER ORDERED** that, on or before December 30, 2019, the parties shall provide the Court with a joint proposed scheduling order covering both cases. A telephone conference for the purpose of scheduling both cases will then be conducted.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.

---

[1]   *See* Order dated October 16, 2019.
[2]   A copy of the letter from counsel for plaintiff dated December 16, 2019, shall be docketed by the Deputy Clerk.